**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00384-CR
NO. 09-15-00385-CR
NO. 09-15-00386-CR
NO. 09-15-00387-CR
NO. 09-15-00388-CR
NO. 09-15-00389-CR

_____

**WILLIAM ROBERT WINGFIELD SR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 75th District Court**
**Liberty County, Texas**
**Trial Cause No. CR30176 (counts I through VI)**

**MEMORANDUM OPINION**

William Robert Wingfield Sr., a *pro se* appellant, has filed motions to dismiss his appeals. *See* Tex. R. App. P. 42.2. The motions to dismiss the appeals are signed by appellant personally. No opinion has issued in these appeals. The motions are granted, and the appeals are therefore dismissed.

1

APPEALS DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on December 8, 2015
Opinion Delivered December 9, 2015
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.